PAR10.15.24
PEB/USAO 2024R00490

USDC- BALTIMORE
'24 OCT 24 PM3:45

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** JRR-24-312 |
| **v.** | |
| | **(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B); Forfeiture, 18 U.S.C. § 2253)** |
| **ZACHARY ANTHONY CAMPBELL,** | |
| **Defendant.** | |

## INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about October 29, 2023, in the District of Maryland, the defendant,

### ZACHARY ANTHONY CAMPBELL,

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of image files which depict an adult penis touching Minor Victim's mouth and an adult hand touching Minor Victim's exposed genitals, while Minor Victim appears to be asleep, said image files having been stored on an iPhone 13 Pro, S/N: TY4Q6D2N9L, a product of China.

18 U.S.C. §§ 2251(a) & 2256

## COUNT TWO
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

From on or about November 26, 2023, through on or about November 27, 2023, in the District of Maryland, the defendant,

## ZACHARY ANTHONY CAMPBELL,

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of four (4) video files which depict Minor Victim, naked and partially naked with her pubic area exposed and displayed in a lascivious manner as she uses a bathroom, said video files appearing to have been made without her knowledge, said video files having been produced on an iPhone 13 Pro and stored on an iPhone 13 Pro, S/N: TY4Q6D2N9L, a product of China.

18 U.S.C. §§ 2251(a) & 2256

## COUNT THREE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about February 3, 2024, in the District of Maryland, the defendant,

**ZACHARY ANTHONY CAMPBELL,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a video file which depicts Minor Victim naked and partially naked with her pubic area exposed and displayed in a lascivious manner as she uses a bathroom, said video file appearing to have been made without her knowledge, said video file having been produced on an iPhone 13 Pro and stored on an iPhone 13 Pro, S/N: TY4Q6D2N9L, a product of China.

18 U.S.C. §§ 2251(a) & 2256

## COUNT FOUR
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about February 4, 2024, in the District of Maryland, the defendant,

**ZACHARY ANTHONY CAMPBELL,**

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a series of two (2) video files which depict Minor Victim naked and partially naked as she uses a bathroom, said video files appearing to have been made without her knowledge, said video files having been produced on an iPhone 13 Pro and stored on an iPhone 13 Pro, S/N: TY4Q6D2N9L, a product of China.

18 U.S.C. §§ 2251(a) & 2256

## COUNT FIVE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about February 16, 2024, in the District of Maryland, the defendant,

## ZACHARY ANTHONY CAMPBELL,

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a video file which depicts Minor Victim naked with her genitals exposed and displayed in a lascivious manner as she uses a bathroom, said video file appearing to have been made without her knowledge, said video files having been stored on an iPhone 13 Pro, S/N: TY4Q6D2N9L, a product of China.

18 U.S.C. §§ 2251(a) & 2256

## COUNT SIX
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about February 17, 2024, in the District of Maryland, the defendant,

## ZACHARY ANTHONY CAMPBELL,

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a video file which depicts an object being inserted and attempting to be inserted into Minor Victim's exposed anus while Minor Victim appears to be asleep, said video files having been produced on an iPhone 13 Pro and stored on an iPhone 13 Pro, S/N: TY4Q6D2N9L, a product of China.

18 U.S.C. §§ 2251(a) & 2256

## COUNT SEVEN
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland further charges that:

On or about February 17, 2024, in the District of Maryland, the defendant,

## ZACHARY ANTHONY CAMPBELL,

did knowingly employ, use, persuade, induce, entice and coerce a minor female, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, and did knowingly attempt to do so, and said visual depiction was produced using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, a video file which depicts an adult penis penetrating and attempting to penetrate Minor Victim's exposed anus while Minor Victim appears to be asleep, said video files having been produced on an iPhone 13 Pro and stored on an iPhone 13 Pro, S/N: TY4Q6D2N9L, a product of China.

18 U.S.C. §§ 2251(a) & 2256

## COUNT EIGHT
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further alleges that:

On or about February 22, 2024, in the District of Maryland, the defendant,

### ZACHARY ANTHONY CAMPBELL,

did knowingly possess and knowingly access with intent to view one or more matters which contained any visual depiction that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped and transported by any means, including by computer, the production of which involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct and such depiction being of such conduct, that is, the defendant knowingly possessed a iPhone 13 Pro, S/N: TY4Q6D2N9L, a product of in China, which contained one or more visual depictions of Minor Victim engaged in sexually explicit conduct.

18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further alleges that:

1.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under any of the offenses alleged in Counts One through Three of this Indictment.

### Child Pornography Forfeiture

2.      Upon conviction of any of the offenses set forth in Counts One through Eight of this Indictment, the defendant,

### ZACHARY ANTHONY CAMPBELL,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

        a.      any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

        b.      any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

        c.      any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

                a.    The property to be forfeited includes, but is not limited to, the following: an

                      iPhone 13 Pro, S/N: TY4Q6D2N9L.

### Substitute Assets

3.      If any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without

difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C.

§ 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)


Erek L. Barron
United States Attorney


A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: October 24, 2024