PR 7.07.25

## Attachment A

*The undersigned parties hereby stipulate and agree that the following facts are true and accurate, and that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter gone to trial.*

Zachary Anthony Campbell ("Campbell"), age 33, is a resident of Baltimore, Maryland. As detailed below, between October 2023 and February 2024, Campbell sexually abused the minor victim, who was 11 at the time of the abuse. Campbell produced images and videos of himself and the victim engaged in sexually explicit conduct.

Minor Victim was born in 2012 

On April 24, 2024, Minor Victim was interviewed by a child forensic interviewer. Minor Victim disclosed that Campbell abused her ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Minor Victim disclosed that the abuse included oral sex and attempted anal and vaginal penetration.

In addition to the sexual abuse of Minor Victim, Campbell produced the following videos and images of his abuse of Minor Victim at his residence, while Minor Victim was in Campbell's care and custody:

Group One: Sexual Exploitation of Minor Victim (Count One, October 29, 2023)

On October 29, 2023, sexually abused Minor Victim while she appeared to be asleep and produced depictions of the abuse. The depictions included Campbell placing his penis onto Minor Victim's mouth and ejaculating onto Minor Victim's mouth. Minor Victim's exposed genitals, Campbell touching Minor Victim's genitals, and Campbell attempting to digitally penetrate Minor Victim's buttocks.

Group Two: Agreed Conduct, Sexual Exploitation of Minor Victim on November 2023 (Count Two):

On the night of November 26, 2023, through the early morning hours of November 27, 2023, Campbell surreptitiously placed a camera in a bathroom with the intent to create recordings of Minor Victim's anus and genitals. Campbell created three separate videos that depict Minor Victim's buttocks as she urinates in the toilet. The videos also depict Campbell setting up the camera and subsequently retrieving the recording device. The videos were created with an iPhone 13 Pro. Campbell used a video editing software to create a fourth video that is a compilation of the surreptitiously recorded videos.

### Group Three: Agreed Conduct, Sexual Exploitation of Minor Victim on February 3, 2024 (Count Three):

On February 3, 2024, Campbell surreptitiously placed a camera in a bathroom with the intent to create a recording of Minor Victim's anus and genitals. The video depicts Minor Victim's pubic area and buttocks as she is using the bathroom. The videos also depict Campbell setting up the camera and subsequently retrieving the recording device. The videos were created with an iPhone 13 Pro.

### Group Four: Agreed Conduct, Sexual Exploitation of Minor Victim on February 4, 2024 (Count Four):

On February 4, 2024, Campbell surreptitiously placed a camera in a bathroom with the intent to create recordings of Minor Victim's anus and genitals. Campbell created two separate videos that depict Minor Victim's buttocks as she is using the toilet. The videos also depict Campbell setting up the camera and subsequently retrieving the recording device. The videos were created with an iPhone 13 Pro.

### Group Five: Agreed Conduct, Sexual Exploitation of Minor Victim on February 16, 2024 (Count Five):

On February 16, 2024, Campbell surreptitiously placed a camera inside the toilet in the bathroom with the intent to create a recording of Minor Victim's anus and genitals. The video depicts Minor Victim's genitals and buttocks as she is using the bathroom. The video was created using a surveillance camera that can be controlled remotely, using the StarEye application.

### Group Six: Sexual Exploitation of Minor Victim on February 17, 2024 (Count Six):

On February 17, 2024, Campbell sexually abused Minor Victim while she appeared to be asleep, and produced a video of the abuse. The video depicts Campbell penetrating Minor Victim's anus with a miniature liquor bottle. As Campbell inserts the bottle fully into Minor Victim's anus, Minor Victim jumps. The video was produced with an iPhone 13.

### Group Seven: Agreed Conduct, Sexual Exploitation of Minor Victim on February 17, 2024 (Count Seven):

On February 17, 2024, approximately fifty minutes after Campbell inserted the liquor bottle in Minor Victim's anus, Campbell placed his penis on Minor Victim's exposed vagina or anus and repeatedly attempted to penetrate Minor Victim. The video was produced with an iPhone 13.

Also on February 17, 2024, Campbell surreptitiously placed a camera in a bathroom with the intent to create recordings of Minor Victim's anus and genitals. and created the following videos:

Rev. August 2018

- A video depicting Minor Victim's genitals and face, and also depicting Campbell setting up the video;

- A video of Campbell and Minor Victim in the bathroom, Campbell tries to record Minor Victim's buttocks, and she pushes him away and states, "I wanna go home"; and

- 4 videos from the bathroom depicting Minor Victim's genital and buttocks at various times, while Minor Victim is changing and using the toilet.

<u>Group Eight: Agreed Conduct, Possession of Child Pornography on February 22, 2024 (Count Eight):</u>

On February 22, 2024, investigators seized the following phone during a search of Campbell's person and seized the following phone:

    a. Apple iPhone 13 Pro, S/N: TY4Q6D2N9L.

The phone was forensically examined, and investigators located all of the depictions listed above on the device. The files included dozens of images and more than 8 videos of child pornography, all depicting Minor Victim.

The defendant agrees that the images and videos described above were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of the events described above occurred in the District of Maryland.

I have reviewed the foregoing Statement of Facts with my attorney, understand it, agree with it, and do not wish to change any part of it. I further understand that it is included as a part of my plea agreement with the government in this case.

                                                      _/s/ Zachary Campbell_
                                                      Zachary Anthony Campbell

I am the attorney for the defendant. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

                                                      _/s/ Katherine Tang Newberger_
                                                      Katherine Tang Newberger, Esq.
                                                      Counsel for Defendant